IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


SHORES OF PANAMA CLUB, LLC et al.,

      Plaintiffs,

v.                                      CASE NO.  5:16cv173-RH/GRJ

SHORES OF PANAMA COLLATERAL,
LLC,

      Defendant.

_____/


**ORDER ON JURISDICTION**


The plaintiffs filed this case in state court.  The defendant removed the case to this court based solely on diversity of citizenship.  But the defendant has not adequately alleged the citizenship of the parties.  This order gives the defendant an opportunity to cure the deficiency.

There are six plaintiffs and one defendant.  All are limited liability companies.  According to the notice of removal, the defendant is a Georgia LLC with its principal place of business in Texas, while the plaintiffs are five Delaware LLCs and one Florida LLC, all with their principal places of business in New York.

For purposes of federal jurisdiction, a limited liability company is a citizen of each state of which any member is a citizen. *See, e.g.*, *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1014 (2016) ("While humans and corporations can assert their own citizenship, other entities take the citizenship of their members."). The notice of removal does not identify or allege the citizenship of the members of the LLCs that are parties to this case. So the notice does not adequately allege diversity jurisdiction. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (remanding, on the circuit court's own motion, to determine whether diversity jurisdiction existed, and concluding that to adequately allege citizenship, "a party must list the citizenships of all the members of the limited liability company.").

For these reasons,

IT IS ORDERED:

By August 22, 2016, the defendant must (1) file a statement that identifies and alleges the citizenship of each member of each party, or (2) show cause why the case should not be dismissed for lack of jurisdiction.

SO ORDERED on August 1, 2016.

                                                  s/Robert L. Hinkle
                                                  United States District Judge